# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

KATHY L. MCCLAIN,                          )
                                                )
               Plaintiff,                  )
                                                )
v.                                         )          Case No. CIV-17-390-SPS
                                                )
COMMISSIONER of the Social                 )
Security Administration,                   )
                                                )
               Defendant.                  )

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 16] entered contemporaneously herewith, remanding this action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 25th day of March, 2019.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**